1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MELISSA ANN STRAWN,                    No.  2:25-CV-01809-DAD-DMC

12                    Plaintiff,

13          v.                                ORDER

14    JORD SONNEVELD

15                    Defendant.

16

17          Plaintiff, who is proceeding pro se, brings this civil action. Pending before the

18    Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff's

19    complaint, and service thereof by the United States Marshal if appropriate, will be addressed

20    separately.  The Clerk of the Court shall not issue summons or set this matter for an initial

21    scheduling conference unless specifically directed by the court to do so.

22          Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

23    Plaintiff is unable to prepay fees and costs or give security therefor.

24          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to

25    proceed in forma pauperis, ECF No. 2, is granted.

26    Dated:  August 5, 2025

27                                            _____
                                              DENNIS M. COTA
28                                            UNITED STATES MAGISTRATE JUDGE

                                              1