UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANNE STRAWN, | No. 2:25-cv-01809-DAD-DMC (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| JORD SONNEVELD, | |
| Defendant. | (Doc. No. 7) |

Plaintiff Melissa Anne Strawn is proceeding *pro se* and *in forma pauperis* in this civil action which she initiated by the filing of the original complaint in this court on June 28, 2025. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2025, the assigned magistrate judge dismissed plaintiff's original complaint with leave to amend and directed plaintiff to file a first amended complaint within thirty (30) days of the date of service of that order. (Doc. No. 6 at 6.) Plaintiff has not since filed a first amended complaint. Accordingly, on October 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 7.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen

/////

1

(14) days after service. (*Id.* at 2.)  To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on October 15, 2025 (Doc. No. 7) are ADOPTED in full;

2.    This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 23, 2026**                                  _____
                                                              DALE A. DROZD
                                                              UNITED STATES DISTRICT JUDGE